**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**RYAN THOMAS GREEN,**

    **Petitioner,**

**v.**                              **Case No.  3:25-cv-2628-TKW-HTC**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to prosecute and failure to comply with court orders.  The Court also agrees that a certificate of appealability should be denied.  Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED without prejudice based on Petitioner's failure to prosecute and failure to comply with court orders.

3.    A certificate of appealability is DENIED.

3.     The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 16th day of March, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Page 2 of 2